

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00612-CR

David Rivera **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5189
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 17, 2021

APPEAL DISMISSED

On February 1, 2021, the court ordered appellant, David Rivera Cortez, to show cause why this appeal should not be dismissed. On February 4, 2021, Cortez's appointed counsel filed a response conceding that the trial court (1) ruled on no written motions before it took the parties' negotiated plea agreement under advisement on March 2, 2020; (2) later followed this plea agreement on November 13, 2020; and (3) has since steadfastly refused to grant appellant any

permission to appeal. Therefore, counsel agreed "this Court has little choice but to dismiss the instant attempted appeal." Accordingly, we dismiss this appeal.

PER CURIAM

Do not publish